UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY REDFERN, ET AL
    Plaintiff

v.                                    Civil Action No. 10-12048-MBB

JANET NAPOLITANO, ET AL
    Defendant

REQUEST FOR REASSIGNMENT

Not all parties having consented to the Magistrate Judge's jurisdiction, this case is returned to the Clerk to be redrawn to a District Judge.

/a/ Lisa M. Hourihan
Deputy Clerk

---

NOTICE OF REASSIGNMENT

This case is reassigned to District Judge ___Tauro___ for all further proceedings. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to the previously assigned Magistrate Judge.

Deputy Clerk