UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Jeffrey H. Redfern**<br>&<br>**Anant N. Pradhan,**<br>    Plaintiffs;<br><br>v.<br><br>**Janet Napolitano**, in her official capacity as Secretary of Homeland Security<br>&<br>**John Pistole**, in his official capacity as Administrator of the Transportation Security Administration,<br>    Defendants. | Civil Action No: 1:10-cv-12048 DJC<br><br>Plaintiff's Notice of Appeal from the Final Judgment of the District Court |

## NOTICE OF APPEAL

Notice is hereby given that Jeffrey Redfern and Anant Pradhan, plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the motion to dismiss entered in this action on the 9th day of May, 2011.

                                                            Respectfully submitted,

/s/ *Jeffrey H Redfern*                     /s/ *Anant N. Pradhan*
Jeffrey H. Redfern                            Anant N. Pradhan
*Plaintiff, Pro Se*                              *Plaintiff, Pro Se*
1622 Massachusetts Ave. Apt. #7    1600 Massachusetts Ave. Apt. #305
Cambridge, MA 02138                      Cambridge, MA 02138
Jeffreyredfern@hotmail.com          Pradhan.Anant.N@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2011, a true and correct copy of the foregoing was served by first-class United States mail upon the following:

VARU CHILAKAMARRI
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7122
Washington, D.C. 20001


/s/ Jeffrey H Redfern
Jeffrey H. Redfern